I. Lurya Lumber Company, appellant, v. James L. Mareno et al., appellees. Gen. No. 24,852.

Bill to foreclose mechanic's lien. Dismissal for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 31, 1919.

Hyman Soboroff, for appellant. Edmund W. Froehlich, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Mary Grant, plaintiff in error. Gen. No. 24,914.

Prosecution for larceny. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. John A. Mahoney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed December 31, 1919.

S. A. T. Watkins, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Alice H. Greenleaf and Ida Greenleaf, executrices of the last will and testament of Sarah A. Greenleaf, deceased, appellees, v. Frances Loeffler, individually and as executrix of the estate of William Loeffler, deceased, and Frank Loeffler, appellants. Gen. No. 25,825.

Suit by creditor's bill and for appointment of receiver. Interlocutory order appointing receiver. Interlocutory appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court. Reversed. Opinion filed December 31, 1919.

Sidney S. Pollack, for appellants; Leo H. Hoffman, of counsel. Harper E. Osborn, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Alice H. Greenleaf and Ida Greenleaf, executrices of the last will and testament of Sarah A. Greenleaf, deceased, appellees, v. Frances Loeffler, individually and as executrix of the estate of William Loeffler, deceased, and Frank Loeffler, appellants. Gen. No. 25,826.

Interlocutory appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court. Reversed on authority of Greenleaf v. Loeffler, ante. Opinion filed December 31, 1919.

Sidney S. Pollack, for appellants; Leo H. Hoffman, of counsel. Harper E. Osborn, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

John Lussem, appellee, v. Leroy E. Wilson et al., appellants. Gen. No. 24,791.

Suit to set aside and declare null and void an instrument purporting to be a will, and also an alleged gift made by decedent. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in